IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LETICIA L. MIJES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4198 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER

The Joint Motion to Stay Deadlines Pending Settlement Negotiations is granted. All deadlines in the case are stayed until the latter part of May 2012 pending settlement negotiations. The initial pretrial and scheduling conference set for March 30, 2012 is reset to **May 24, 2012**, at 8:30 a.m. The parties are required to file a joint motion to dismiss upon finalization and execution of a settlement agreement.

SIGNED on March 20, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge